

1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2763

FILED
JUN - 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )   CR. NO.
                                       )   2 06 - CR - 0238 MCE
                Plaintiff,             )
                                       )   ORDER TO SEAL
        v.                             )
                                       )
ARJINDER SINGH,                        )
JASWANT KAUR,                          )
SUCHA SINGH, and                       )
GURMINDER SINGH,                       )
                                       )
                Defendants.            )
_____)

The Court hereby orders that the Petition of Assistant United States Attorney Mary L. Grad to seal the Indictment, the Indictment, and Order in the above-referenced case shall be sealed until the first arrest of the defendants in this case or until further order of this Court

SO ORDERED.

DATED: 6/8, 2006

_____
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE