**FILED**
June 16, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                           )<br>           Plaintiff,                             )<br>v.                                                       )<br>                                                           )<br>ARJINDER SINGH,                           )<br>                                                           )<br>           Defendant.                          ) | Case No. Cr.S-06-0238-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release ARJINDER SINGH, Case No. Cr.S-06-0238-MCE, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      \_\_  Release on Personal Recognizance

      X_  Bail Posted in the Sum of $ _25,000_

           X  Unsecured Appearance Bond

           \_\_  Appearance Bond with 10% Deposit

           \_\_  Appearance Bond with Surety

           \_\_  Corporate Surety Bail Bond

           \_\_  (Other)        <u>Conditions as stated on the record</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _June 16, 2006_ at _2:24 p.m._

By _____
Kimberly J. Mueller
United States Magistrate Judge