FILED

June 16, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v. )
)
ARJINDER SINGH, )
)
Defendant. )

Case No. Cr.S-06-0238-MCE

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ARJINDER SINGH, Case No. Cr.S-06-0238-

MCE, from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    ___    Release on Personal Recognizance

    X    Bail Posted in the Sum of $ 25,000

        X    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

        ___    Corporate Surety Bail Bond

        ___    (Other)    Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   June 16, 2006   at   2:24 p.m.

By   _____
Kimberly J. Mueller
United States Magistrate Judge