**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Gurminder Singh

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ARJINDER SINGH, JASWANT KAUR, SUCHA SINGH, and GURMINDER SINGH,<br><br>  Defendants. | Case No.: 2:06-cr-0238-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: August 1, 2006<br>TIME: 8:30 a.m.<br><br>Hon. Morrison C. England, Jr. |

Defendants Gurminder Singh, through his attorney Johnny L. Griffin III, Arjinder Singh, through his attorney James Griener, Jaswant Kaur, through her attorney Mark J. Reichel, Sucha Singh, through his attorney John P. Brennan, and the United States of America, through Assistant U.S. Attorney Mary L. Grad, hereby stipulate and request that the Court continue the status conference in the above captioned case from August 1, 2006 to September 12, 2006 at 8:30 a.m. This continuance is requested because defendants' attorneys need additional time to review CDs and undercover audio-tapes provided in discovery, obtain necessary records, and conduct investigation.  In addition, upon completion of the defense investigations, the parties intend to engage in settlement negotiations.

1

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from August 1, 2006 through September 12, 2006, for defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: July 7, 2006         Respectfully submitted,

/s/ Mary L. Grad[1]
MARY L. GRAD
Assistant U.S. Attorney

Dated: July 7, 2006         /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Gurminder Singh

Dated: July 7, 2006         /s/ James Griener
JAMES GRIENER
Attorney for Defendant
Arjinder Singh

Dated: July 7, 2006         /s/ Mark J. Reichel
MARK J. REICHEL
Attorney for Defendant
Jaswant Kaur

Dated: July 7, 2006         /s/ John P. Brennan
JOHN P. BRENNAN
Attorney for Defendant
Sucha Singh

**IT IS SO ORDERED.**

Dated: July 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Ms. Grad, Mr. Griener, Mr. Reichel, and Mr. Brennan authorized attorney Johnny L. Griffin, III to sign this Stipulation on their behalf.

2