**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Gurminder Singh

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>JASWANT KAUR, SUCHA SINGH, ARJINDER SINGH and GURMINDER SINGH,<br><br>            Defendants. | Case No.: 2:06-cr-0238-MCE<br><br>**STIPULATION AND  ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  December 5, 2006<br>TIME:  8:30 a.m.<br><br>Hon. Morrison C. England, Jr. |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant U.S. Attorney Mary L. Grad, hereby stipulate and request that the Court continue the status conference in the above captioned case from December 5, 2006 to January 23, 2007 at 8:30 a.m. This continuance is requested because defendant's counsel needs additional time to review discovery, obtain necessary records, and conduct investigation.  In addition, upon completion of the defense investigation, the parties intend to engage in settlement negotiations.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from December 5, 2006 through January 23, 2007, for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: November 30, 2006       Respectfully submitted,

/s/ Mary L. Grad[1]
MARY L. GRAD
Assistant U.S. Attorney

Dated: November 30, 2006       /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Gurminder Singh

Dated: November 30, 2006       /s/ Mark J. Reichel[2]
MARK J. REICHEL
Attorney for Defendant
Jaswant Kaur

Dated: November 30, 2006       /s/ John P. Brennan
JOHN P. BRENNAN
Attorney for Defendant
Sucha Singh

Dated: November 30, 2006       /s/ Jay Griener
JAY GRIENER
Attorney for Defendant
Arjinder Singh

**IT IS SO ORDERED.**
Dated: December 13, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.

[2] Mr. Reichel and Mr. Brennan and Mr. Griener telephonically authorized attorney Johnny L. Griffin, III to sign this proposed order on their behalf.