**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Gurminder Singh

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       vs.<br><br>JASWANT KAUR, SUCHA SINGH, ARJINDER SINGH and GURMINDER SINGH,<br><br>             Defendants. | Case No.: 2:06-cr-0238-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  January 23, 2007<br>TIME:   8:30 a.m.<br><br>Hon. Morrison C. England, Jr. |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant U.S. Attorney Mary L. Grad, hereby stipulate and request that the Court continue the status conference in the above captioned case from January 23, 2007 to February 27, 2007 at 8:30 a.m. This continuance is requested because defendant's counsel needs additional time to review discovery, specifically voluminous business inventory record and conduct further investigation . In addition, upon completion of the defense investigation, the parties intend to engage in settlement negotiations.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from January 23, 2007 through February 27, 2007, for the defense preparation under 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: January 22, 2007      Respectfully submitted,

/s/ Mary L. Grad[1]
MARY L. GRAD
Assistant U.S. Attorney

Dated: January 22, 2007      /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Gurminder Singh

Dated: January 22, 2007      /s/ Mark J. Reichel[2]
MARK J. REICHEL
Attorney for Defendant
Jaswant Kaur

Dated: January 22, 2007      /s/ John P. Brennan
JOHN P. BRENNAN
Attorney for Defendant
Sucha Singh

Dated: January 22, 2007      /s/ Jay Griener
JAY GRIENER
Attorney for Defendant
Arjinder Singh

**IT IS SO ORDERED.**
DATED: January 24, 2007

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.

[2] Mr. Reichel and Mr. Brennan and Mr. Griener telephonically authorized attorney Johnny L. Griffin, III to sign this proposed order on their behalf.

PDF created with pdfFactory trial version www.pdffactory.com