**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Gurminder Singh

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-06-0238-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | DATE:  March 27, 2007 |
| JASWANT KAUR, SUCHA SINGH, ARJINDER SINGH and GURMINDER SINGH, | TIME:  8:30 a.m. |
| | Hon. Morrison C. England, Jr. |
| Defendants. | |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant U.S. Attorney Mary L. Grad, hereby stipulate and request that the Court continue the status conference in the above captioned case from March 27, 2007 to May 1, 2007. [1] This continuance is requested because defendant's counsel needs additional time to advise Defendant of the ramifications of the draft plea agreements, and provide Defendant with reasonable time to reject or accept the plea agreement.

---

[1] The parties have been advised by this Court's Clerk that May 21, 2007 at 8:30 a.m. is an available date and time for a status conference on this matter.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from March 27, 2007 through May 1, 2007, for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: March 21, 2007          Respectfully submitted,

/s/ Mary L. Grad[2]
MARY L. GRAD
Assistant U.S. Attorney

Dated: March 21, 2007          /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Gurminder Singh

Dated: March 21, 2007          /s/ Mark J. Reichel[3]
MARK J. REICHEL
Attorney for Defendant
Jaswant Kaur

Dated: March 21, 2007          /s/ John P. Brennan
JOHN P. BRENNAN
Attorney for Defendant
Sucha Singh

Dated: March 21, 2007          /s/ Jay Griener
JAY GRIENER
Attorney for Defendant
Arjinder Singh

**IT IS SO ORDERED.**
**DATED:** March 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.

[3] Mr. Reichel and Mr. Brennan and Mr. Griener telephonically authorized attorney Johnny L. Griffin, III to sign this proposed order on their behalf.