1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN III  (SBN 118694)**
2  **SILKY SAHNAN (SBN 242850)**
   1010 F STREET, SUITE 200
3  SACRAMENTO, CA 95814
   Telephone: (916) 444-5557
4  Facsimile: (916) 444-5558

5  Attorney for Defendant
   Gurminder Singh
6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,      ) Case No.: 2:06-cr-00238-MCE
                                   )
12          Plaintiff,             ) **STIPULATION AND ORDER TO**
                                   ) **CONTINUE STATUS CONFERENCE**
13      vs.                        )
                                   ) DATE:  May 1, 2007
14   JASWANT KAUR, SUCHA SINGH,    ) TIME:  8:30 a.m.
    ARJINDER SINGH and GURMINDER   )
15  SINGH,                         ) Hon. Morrison C. England, Jr.
            Defendants.            )
16                                 )

17

18      Defendants, by and through their undersigned counsel, and the United States of America,

19  through Assistant U.S. Attorney Mary L. Grad, hereby stipulate and request that the Court

20  continue the status conference in the above captioned case from May 1, 2007 to June 28, 2007. [1]

21  This continuance is requested because counsel for Defendant Gurminder Singh is unavailable

22  because he is in trial on a criminal in-custody homicide jury trial in the case of *People v. Wisdom*

23  *Ofoe*, Sacramento County Superior Case Number 05F09015.  This case is a Special

24  _____

25  [1] The parties have been advised by this Court's Clerk that June 28, 2007 at 8:30 a.m. is an available date and time
    for a status conference on this matter.

Circumstance homicide case in which the defendant has entered a plea of not guilty by reason of insanity. [2] The trial is expected to last approximately five weeks.

For this reason, the parties stipulate and request that the case be continued to June 28, 2007 and that the Court exclude time within which the trial must commence under the Speedy Trial Act from May 1, 2007 through June 28, 2007, because of unavailability of counsel and to allow for defense preparation under 18 U.S. C.§3161(h)(8)(B)(iv)  (Local Code T4).

Dated: April 26, 2007          Respectfully submitted,

                               /s/ Mary L. Grad[3]
                               MARY L. GRAD
                               Assistant U.S. Attorney

Dated: April 26, 2007          /s/ Johnny L. Griffin, III
                               JOHNNY L. GRIFFIN, III
                               Attorney for Defendant
                               Gurminder Singh

Dated: April 26, 2007          /s/ Mark J. Reichel[4]
                               MARK J. REICHEL
                               Attorney for Defendant
                               Jaswant Kaur

Dated: April 26, 2007          /s/ John P. Brennan
                               JOHN P. BRENNAN
                               Attorney for Defendant
                               Sucha Singh

---

[2] The Sacramento County District Attorney's Office is not seeking the death Penalty.
[3] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.
[4] Mr. Reichel and Mr. Brennan and Mr. Griener telephonically authorized attorney Johnny L. Griffin, III to sign this proposed order on their behalf.

Dated: April 26, 2007          /s/ Jay Griener_____
                                JAY GRIENER
                                Attorney for Defendant
                                Arjinder Singh

**IT IS SO ORDERED.**

DATED: May 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE