**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Gurminder Singh

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No.: 2:06-cr-00238-MCE |
| ) | |
| Plaintiff,          ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| vs.          ) | |
| ) | DATE:  October 11, 2007 |
| JASWANT KAUR, SUCHA SINGH,          ) | TIME:  8:30 a.m. |
| ARJINDER SINGH and GURMINDER          ) | |
| SINGH,          ) | Hon. Morrison C. England, Jr. |
| Defendants.          ) | |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant U.S. Attorney Mary L. Grad, hereby stipulate and request that the Court continue the status conference in the above captioned case from October 11, 2007 to November 29, 2007. [1] This continuance is requested because counsel for Defendant Gurminder Singh is unavailable because he is in trial on a criminal in-custody four defendant homicide jury trial in the case of *People v. Antonio Minor, et al*, Sacramento County Superior Case Number 06F02438.  The trial is expected to last approximately until October 29, 2007.

---

[1] The parties have been advised by this Court's Clerk that November 29, 2007 at 8:30 a.m. is an available date and time for a status conference on this matter.

For this reason, the parties stipulate and request that the case be continued to November 29, 2007 and that the Court exclude time within which the trial must commence under the Speedy Trial Act from October 11, 2007 through November 29, 2007, because of unavailability of counsel and to allow for defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: October 5, 2007              Respectfully submitted,

/s/ Mary L. Grad[2]
MARY L. GRAD
Assistant U.S. Attorney

Dated: October 5, 2007              /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Gurminder Singh

Dated: October 5, 2007              /s/ Mark J. Reichel[3]
MARK J. REICHEL
Attorney for Defendant
Jaswant Kaur

Dated: October 5, 2007              /s/ John P. Brennan
JOHN P. BRENNAN
Attorney for Defendant
Sucha Singh

Dated: October 5, 2007              /s/ Jay Griener
JAY GRIENER
Attorney for Defendant
Arjinder Singh

**IT IS SO ORDERED.**
Dated: October 12, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

[2] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.
[3] Mr. Reichel and Mr. Brennan and Mr. Griener telephonically authorized attorney Johnny L. Griffin, III to sign this proposed order on their behalf.