**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Gurminder Singh

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JASWANT KAUR, SUCHA SINGH, ARJINDER SINGH and GURMINDER SINGH,<br><br>　　　　Defendants. | Case No.: 2:06-cr-00238-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  January 24, 2008<br>TIME:  9:00 a.m.<br><br>Hon. Morrison C. England, Jr. |

　　　　Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney Mary L. Grad, hereby agree and stipulate to continue the status conference in the above captioned case from January 24, 2008 to March 6, 2008 at 9:00 a.m.[1] to allow counsel for Defendants additional time to prepare and discuss resolution with counsel for the Government.

---

[1] The parties have been advised by this Court's Clerk that March 6, 2008 at 9:00 a.m. is an available date and time for a status conference on this matter.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from January 24, 2008 through March 6, 2008, for the defense preparation under 18 U. S. C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: January 23, 2008,　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Mary L. Grad[2]
　　　　　　　　　　　　　　　　　MARY L. GRAD
　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: January 23, 2008　　　　　/s/ Johnny L. Griffin, III
　　　　　　　　　　　　　　　　　JOHNNY L. GRIFFIN, III
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　Gurminder Singh

Dated: January 23, 2008　　　　　/s/ Mark J. Reichel[3]
　　　　　　　　　　　　　　　　　MARK J. REICHEL
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　Jaswant Kaur

Dated: January 23, 2008　　　　　/s/ John P. Brennan
　　　　　　　　　　　　　　　　　JOHN P. BRENNAN
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　Sucha Singh

Dated: January 23, 2008　　　　　/s/ Jay Griener
　　　　　　　　　　　　　　　　　JAY GRIENER
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　Arjinder Singh

---

[2] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.

[3] Mark Reichel, John P. Brennan and Jay Griener telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on their behalf.

ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: January 25, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE