**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Gurminder Singh

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-00238-MCE |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | DATE:  August 7, 2008 |
|  | TIME:  9:00 a.m. |
| JASWANT KAUR, SUCHA SINGH, ARJINDER SINGH and GURMINDER SINGH, | Hon. Morrison C. England, Jr. |
| Defendants. | |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney Mary L. Grad, hereby agree and stipulate to vacate the current status conference date of August 7, 2008 and set a trial confirmation hearing on August 13, 2009[1] and set a trial date on September 14, 2009[2]. The September 14, 2009 trial

---

[1] If the parties reach a resolution prior to this date, counsel will recalendar the case for entry of plea(s).
[2] The parties have been advised by this Court's Clerk that August 13, 2009 and September 14, 2009 are available dates for a trial confirmation hearing and for a trial date on this matter

date is the first available date wherein all defense counsel will be available for this anticipated three/ four-week trial.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from August 7, 2008 through August 13, 2009, based on availability of defense and counsel defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: August 4, 2008              Respectfully submitted,

/s/ Mary L. Grad[3]
MARY L. GRAD
Assistant United States Attorney

Dated:  August 4, 2008              /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Gurminder Singh

Dated: August 4, 2008               /s/ Mark J. Reichel[4]
MARK J. REICHEL
Attorney for Defendant
Jaswant Kaur

Dated: August 4, 2008               /s/ John P. Brennan
JOHN P. BRENNAN
Attorney for Defendant
Sucha Singh

Dated: August 4, 2008               /s/ Jay Griener
JAY GRIENER
Attorney for Defendant
Arjinder Singh

---

[3] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.

[4] Attorneys Mark Reichel, John P. Brennan and Jay Griener telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on their behalf.

ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

**DATED:** August 7, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE