**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Gurminder Singh

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-06-0238-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE TRIAL DATES AND SET A STATUS CONFERENCE** |
| vs. | |
| JASWANT KAUR, SUCHA SINGH, ARJINDER SINGH and GURMINDER SINGH, | DATE:  August 13, 2009<br>TIME:  9:00 a.m. |
| Defendants. | Hon. Morrison C. England, Jr. |

   Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney Mary L. Grad, hereby stipulate and request that the Court vacate the current trial confirmation hearing and trial date and set a status conference on September 24, 2009 at 9:00 a.m. in the above mentioned case. The parties are negotiating misdemeanor dispositions and additional time is needed to finalize the terms and conditions.

   For these reasons, the parties stipulate and request that the Court vacate the trial confirmation hearing and trial date and set a status conference. The parties further stipulate and request that the Court exclude time within which the trial must commence under the

Speedy Trial Act from August 13, 2009 through September 24, 2009 for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: August 11, 2009        Respectfully submitted,

/s/ Mary L. Grad[1]
MARY L. GRAD
Assistant U.S. Attorney

Dated: August 11, 2009        /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Gurminder Singh

Dated: August 11, 2009        /s/ Mark J. Reichel[2]
MARK J. REICHEL
Attorney for Defendant
Jaswant Kaur

Dated: August 11, 2009        /s/ John P. Brennan
JOHN P. BRENNAN
Attorney for Defendant
Sucha Singh

Dated: August 11, 2009        /s/ Jay Griener
JAY GRIENER
Attorney for Defendant
Arjinder Singh

**IT IS SO ORDERED.**

**DATED:** August 13, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.

[2] Attorneys Mark J. Reichel, John P. Brennan and Jay Griener telephonically authorized attorney Johnny L. Griffin, III to sign this proposed order on their behalf.

**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Gurminder Singh

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-06-0238-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE TRIAL DATES AND SET A STATUS CONFERENCE** |
| vs. | |
| JASWANT KAUR, SUCHA SINGH, ARJINDER SINGH and GURMINDER SINGH, | DATE:  August 13, 2009<br>TIME:  9:00 a.m. |
| Defendants. | Hon. Morrison C. England, Jr. |

    Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney Mary L. Grad, hereby stipulate and request that the Court vacate the current trial confirmation hearing and trial date and set a status conference on September 24, 2009 at 9:00 a.m. in the above mentioned case. The parties are negotiating misdemeanor dispositions and additional time is needed to finalize the terms and conditions.

    For these reasons, the parties stipulate and request that the Court vacate the trial confirmation hearing and trial date and set a status conference. The parties further stipulate and request that the Court exclude time within which the trial must commence under the

Speedy Trial Act from August 13, 2009 through September 24, 2009 for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: August 11, 2009  Respectfully submitted,

/s/ Mary L. Grad[1]
MARY L. GRAD
Assistant U.S. Attorney

Dated: August 11, 2009  /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Gurminder Singh

Dated: August 11, 2009  /s/ Mark J. Reichel[2]
MARK J. REICHEL
Attorney for Defendant
Jaswant Kaur

Dated: August 11, 2009  /s/ John P. Brennan
JOHN P. BRENNAN
Attorney for Defendant
Sucha Singh

Dated: August 11, 2009  /s/ Jay Griener
JAY GRIENER
Attorney for Defendant
Arjinder Singh

**IT IS SO ORDERED.**

**DATED:** August 13, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.

[2] Attorneys Mark J. Reichel, John P. Brennan and Jay Griener telephonically authorized attorney Johnny L. Griffin, III to sign this proposed order on their behalf.