**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Gurminder Singh

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: Cr.S-06-00238-MCE |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE STATUS CONFERENCE** |
| | ) |
| JASWANT KAUR, SUCHA SINGH, ARJINDER SINGH and GURMINDER SINGH, | ) DATE: September 24, 2009 |
| | ) TIME:  9:00 a.m. |
| Defendants. | ) |
| | ) Hon. Morrison C. England, Jr. |

      Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney Mary L. Grad, hereby agree and stipulate to continue the status conference in the above captioned case from September 24, 2009 to October 15, 2009 at 9:00 a.m.[1] in the above mentioned case. The parties are negotiating misdemeanor dispositions and additional time is needed to finalize the terms and conditions. The parties further anticipate calendaring the matter before the duty magistrate judge for a change of plea hearing prior to the October 15, 2009 status conference.

---

[1] The parties have been advised by this Court's Clerk that October 15, 2009 at 9:00 a.m. is an available date and time for a status conference on this matter.

For these reasons, the parties stipulate and request that the Court vacate the trial confirmation hearing and trial date and set a status conference. The parties further stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from September 24, 2009 to October 15, 2009 for the defense preparation under 18 U.S. C. § 3161(h)(7)(B)(iv)  (Local Code T4).

Dated: September 22, 2009        Respectfully submitted,

        /s/ Mary L. Grad[2]
        MARY L. GRAD
        Assistant U.S. Attorney

Dated: September 22, 2009        /s/ Johnny L. Griffin, III
        JOHNNY L. GRIFFIN, III
        Attorney for Defendant
        Gurminder Singh

Dated: September 22, 2009        /s/ Mark J. Reichel[3]
        MARK J. REICHEL
        Attorney for Defendant
        Jaswant Kaur

Dated: September 22, 2009        /s/ John P. Brennan
        JOHN P. BRENNAN
        Attorney for Defendant
        Sucha Singh

Dated: September 22, 2009        /s/ Jay Griener
        JAY GRIENER
        Attorney for Defendant
        Arjinder Singh

---

[2] Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.

[3] Attorneys Mark J. Reichel, John P. Brennan and Jay Griener telephonically authorized attorney Johnny L. Griffin, III to sign this proposed order on their behalf.

ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance outweigh the best interests of the public and the Defendants' in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

DATED:  September 22, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE