1  BENJAMIN B. WAGNER
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2763

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,     )    CR. No. 2:06-CR-238-MCE
                                 )
11              Plaintiff,       )    ORDER FOR RETURN OF DEFENDANT
                                 )    PASSPORT
12    v.                         )
                                 )
13 ARJINDER SINGH,               )
                                 )
14              Defendant.       )
   _____)

15

16      Defendant's period of pretrial release has terminated.  With

17 the payment of the special assessment and the fine, defendant will

18 not be subject to any term of court-ordered probation.  Accordingly,

19 the Clerk of the Court is directed to return his passport to the

20 defendant.

21

22 SO ORDERED.

23

24 Date: January 28, 2010

25                                  KIMBERLY J. MUELLER
                                    United States Magistrate Judge
26

27

28

                                  1