BENJAMIN B. WAGNER
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )    CR. No. 2:06-CR-238-MCE
                                     )
            Plaintiff,               )    ORDER FOR RETURN OF DEFENDANT
                                     )    PASSPORT
       v.                            )
                                     )
ARJINDER SINGH,                      )
                                     )
            Defendant.               )
_____)

Defendant's period of pretrial release has terminated. With the payment of the special assessment and the fine, defendant will not be subject to any term of court-ordered probation. Accordingly, the Clerk of the Court is directed to return his passport to the defendant.

SO ORDERED.

Date: January 28, 2010

KIMBERLY J. MUELLER
United States Magistrate Judge

1