```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  916-554-2763
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   CR. NO. S-06-238-MCE
                                   )
12          Plaintiff,             )   MOTION AND ORDER
                                   )   DISMISSING INDICTMENT
13       v.                        )
                                   )
14  ARJINDER SINGH,                )
    JASWANT KAUR,                  )
15  SUCHA SINGH, and               )
    GURMINDER SINGH,               )
16                                 )
            Defendant.             )
17  _____)
18
```

19     The United States of America, by and through its undersigned
20 attorney, Mary L. Grad, Assistant United States Attorney,
21 respectfully requests that this Court dismiss with prejudice the
22 above-captioned Indictment against defendants ARJINDER SINGH,
23 JASWANT KAUR, SUCHA SINGH, and GURMINDER SINGH.  In resolution of
24 this case, each defendant has entered a guilty plea before the
25 Honorable Kimberly J. Mueller to Superseding Information charging
26 a misdemeanor.
27 ///
28 ///

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure 48(a).

DATED: January 28, 2010                BENJAMIN B. WAGNER
                                       United States Attorney


                                       By  /s Mary L. Grad
                                         MARY L. GRAD
                                       Assistant U.S. Attorney



O R D E R


It is ordered that the above-captioned Indictment and Superseding Indictment be and are hereby dismissed with prejudice against ARJINDER SINGH, JASWANT KAUR, SUCHA SINGH, and GURMINDER SINGH.

Dated: January 29, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2