```
BENJAMIN B. WAGNER
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2763
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-238-MCE |
|---|---|---|
| Plaintiff, | ) | MOTION AND ORDER |
|  | ) | DISMISSING INDICTMENT |
| v. | ) |  |
| ARJINDER SINGH, JASWANT KAUR, SUCHA SINGH, and GURMINDER SINGH, | ) |  |
| Defendant. | ) |  |

The United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss with prejudice the above-captioned Indictment against defendants ARJINDER SINGH, JASWANT KAUR, SUCHA SINGH, and GURMINDER SINGH.  In resolution of this case, each defendant has entered a guilty plea before the Honorable Kimberly J. Mueller to Superseding Information charging a misdemeanor.

///

///

1

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure 48(a).

DATED: January 28, 2010                    BENJAMIN B. WAGNER
                                           United States Attorney


                                           By  /s Mary L. Grad
                                             MARY L. GRAD
                                           Assistant U.S. Attorney


O R D E R

It is ordered that the above-captioned Indictment and Superseding Indictment be and are hereby dismissed with prejudice against ARJINDER SINGH, JASWANT KAUR, SUCHA SINGH, and GURMINDER SINGH.

Dated: January 29, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE